WARREN COUNTY BAR ASSOCIATION *v.* BRENNER.

[Cite as *Warren Cty. Bar Assn. v. Brenner*, ___ Ohio St.3d ___,

2018-Ohio-742.]

(No. 2018-0822—Submitted January 30, 2020—Decided March 3, 2020.)

ON APPLICATION FOR REINSTATEMENT.

_____

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Andrew Jay Brenner, Attorney Registration No. 0085066, last known business address in Mason, Ohio.

{¶ 2} The court coming now to consider its order of August 7, 2018, wherein the court, pursuant to Gov.Bar R. V(14)(B)(1), imposed an interim default suspension upon respondent, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.  It is further ordered that in accordance with Gov.Bar R. V(21) and consistent with the opinion rendered herein on January 22, 2020, respondent's one-year term of monitored probation shall commence on the date of this order.

{¶ 4} It is further ordered that at the end of respondent's probationary period, relator shall file with the clerk of this court a report indicating whether respondent, during the probationary period, complied with the terms of the probation.

{¶ 5} It is further ordered that at the end of the probationary period respondent may apply for termination of probation as provided in Gov.Bar R. V(21).  It is further ordered that respondent's probation shall not be terminated until (1) respondent files an application for termination of probation in compliance with

Gov.Bar R. V(21)(D), (2) respondent complies with this and all other orders issued by this court, (3) respondent complies with the Rules for the Government of the Bar of Ohio, (4) relator files with the clerk of this court a report indicating that respondent has complied with the terms of the probation, and (5) this court orders that the probation be terminated.

{¶ 6} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(D)(1) and that publication be made as provided for in Gov.Bar R. V(17)(D)(2).

{¶ 7} For earlier case, see *Warren Cty. Bar Assn. v. Brenner*, 155 Ohio St.3d 1280, 2018-Ohio-3116, 121 N.E.3d 393.

O'CONNOR, C.J., and KENNEDY, FRENCH, FISCHER, DEWINE, DONNELLY, and STEWART, JJ., concur.

———————————